IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

              v.                        Case No.  13-CV-178

ROBERT P. FINSTAD,

        Defendant.

## ORDER TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

A copy of the petition and order to show cause having been served on defendant on March 27, 2013, and the defendant having failed to file a written response to the petition within the time period allowed by the order to show cause,

IT IS HEREBY ORDERED that the defendant appear before Revenue Officer Walter F. Kurkiewicz or designee at a time and place to be agreed upon mutually for the purpose of giving testimony concerning the tax liabilities of Robert F. Finstad, for the taxable years 2006, 2007, 2008, 2009, 2010, 2011, and then and there produce for examination and/or photostatic copying or other mechanical means of reproduction, the following:

    All books, papers, records or other documents demanded in the Internal Revenue Service summons served upon respondent on September 19, 2012.

The examination shall continue from day to day until completed.

In the event the Revenue Officer  Walter F. Kurkiewicz  and the defendant cannot agree mutually upon a time and place, then the defendant is ordered to appear

at the office of  Walter F. Kurkiewicz, Internal Revenue Service, 2403 Folsom Street, Eau

Claire, WI 54703-2435, telephone number  715/836-8747x246, at a time designated by

the Revenue Officer, notice of said time and place to be given to the defendant by

means of a certified letter mailed to the defendant at his or her last known business

address at least ten (10) days prior to the date set by the Revenue Officer or his or her

designee.

Dated this  *13th*  day of May, 2013.

United States District Judge
BY THE COURT:

BARBARA B. CRABB
United States District Judge